IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAMELA HANNON )
)
v. ) NO. 3:17-0922
) Richardson/Holmes
LOUISIANA-PACIFIC CORPORATION )

**O R D E R**

On March 24, 2021, a mediator's report was filed by Magistrate Judge Joe B. Brown (Ret.), which states that the parties reached a resolution by mediation and further states that the parties propose to finalize by April 30, 2021. (Docket No. 86.) By no later than **April 30, 2021**, the parties shall submit an agreed order or stipulation of dismissal or other filing to resolve this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge